(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Derrick Joseph Powell #37746/ SCDC #
#650348 Del. D.O.C. #

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

"See Attached #A"

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

FILED

JUL 14 2025

US DISTRICT COURT
DISTRICT OF DELAWARE

Civ. Action No. **25 - 875**

(To be assigned by Clerk's Office)

**COMPLAINT**

_(Pro Se Prisoner)_

Jury Demand?

☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

See Attached A

TeRRa Taylor Commissioner
Bryan P. Stirling Director
Joel Anderson Director
Willie Davis Regional Warden
Dennis Patterson BDDO
Ester Labradore ADDBH
Doctor Scews Physce Docta
Y. Smith Mental Health Supervisor SCDC Headquaters
Hilary Moore QMHP
Macus Thomas QMHP
Stephen Duncan Warden
John Plumer Warden
A/W Joseph Canning
A/W Terry
Manger Boreing
Manger D. Hingelton
Capt. Keith
Capt. Bibbs
Stacy Richurson
Nurse S. Harris
J. Richburg
Mrs Robinson Mail Room
MHO Mattress
MHO Baylor
QMHP Cunningham
QMHP Kathren Wyntt
MHO throne
MHO Simmons
Sgt. Perkins

CO Lutz
Lt. MacFadden
Lt. Solis
Lt. Lempkey
Lt. James Allen
Lt. Delk

Sgt. Adams
Mrs Coreen classifcatan

Classifcatn Lady White BRCI
Classifcatn Lady Black BRCI (Buttler Mrs.)
Mrs. Harris HCBMU Director
Mrs. chidale Blackwood
Jessica Lecompte
OFC Carter
Sgt Collins
OFC Bridges
Mrs. King Mental Lealth
Nurse May BRCI
Docta Jameson
Docta Sethpanie Chapman
Dane Hale
Mrs. Burke classifcatan MCCI
Sims Jessica Capt BRCI

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Powell, Derrick Joseph
Name (Last, First, MI)                                         Aliases

650348 Del / 377461 ScDC
Prisoner ID #

McCormick Corr. Inst.
Place of Detention

386 Redemption Way  P.O. Box 7717
Institutional Address

McCormick            S. Carolina        29899
County, City              State              Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Taylor Terra                    See Attached # Dogs (1,2,3)
              Name (Last, First)

              Commissioner Delaware Department of Correction
              Current Job Title

              245 McKee Road
              Current Work Address

              Dover                    DE              19904
              County, City             State           Zip Code


Defendant 2:    DSP  Stirling Brymnn  P.
              Name (Last, First)

              (Unknown)  SCDC Supervisor
              Current Job Title

              4444 Broad River Road  P.O. Box 21787
              Current Work Address

              Columbia                 SC              29221-1787
              County, City             State           Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3:     Anderson     Joel
_____
Name (Last, First)

UNKnown     SCDC Supervisor
_____
Current Job Title

4444 Broad River Road P.O. Box 21787
_____
Current Work Address

Columbia          SC          29221-1787
_____
County, City      State       Zip Code

Defendant 4:     Davis     Willie
_____
Name (Last, First)

Regional Director   SCDC Supervisor
_____
Current Job Title

4444 Broad River Road P.O. Box 21787
_____
Current Work Address

Columbia          SC          29221-1787
_____
County, City      State       Zip Code

(See Attached #1 Dog) #1

Patterson Dennis
ADDO  SCDC Headquarters Supervisors
4444 Broad River Road
columbia   SC  29221-1787

Ester Labinder
Former ADDBH
current address unknown

Sceugs Doctor physce
4444 Broad River Road
Columbia  SC    29221-1787

Y. Smith mental health
4444 Broad River Road
Columbia  SC   29221-1787

Maxille Moore Hilury QmHP
4444 Broad River Road
Columbia  SC    29221-1787

Thomas Marcus
4444 Broad River Rd
Columbia  SC   29221-1787

Duncan Stephen Warden
4444 Broad River Road
Columbia    SC   29221-1787

Canning  Joseph  A/W
4444 Broad River Road
Columbia  SC    29221-1787

Terry   Associate Warden  MCCI
4444 Broad River Road
Columbia  SC   29221-1787

Boreing  Major  MCCI
4444 Broad River Road
Columbia  SC    29221-1787

Hingelton Dawyne  Major  BRCI
4444 Broad River Road
Columbia   SC    29221-1787

Kerch Cnpt  Cert term BRCI
4444 Broad River Road
Columbia  SC    29221-1787

Cnpt. Bibbs Branden   MCCI
4444 Broad River Road
Columbia  SC   29221

Richardson Stacey  SCDC Headquarters
4444 Broad River Road
Columbia  SC   29221-1787

Harris Stacey  Nurse
4444 Broad River Road
Columbia  SC    29221-1787

Richburg  J.  General counsel
4444 Broad River Road
Columbia  SC   29221-1787

Robinson  Mrs.  Mail Room Lady BRCI
4444 Broad River Road
Columbia  SC   29221-1787

Matteress  MHO  BRSF/BRCI
4444 Broad River Road
Columbia  SC   29221-1787

Baylor  Branden  MHO  BRSF
4444 Broad River Road
Columbia  SC   29221-1787

Cunningham  QmHP
4444 Broad River Road
Columbia  SC   29221-1787

LEGAL MAIL
MAIL ROOM

See Attached "Dos" #2

WYAtt Kathleen QMHP Perry
4444 Broad River Road
Columbia   SC   DTP
29221-1787

Throne   MHO MCCI
4444 Broad River Road
Columbia   SC   29221-1787

Simmons   MHO Broad River CI
UNKNOWN family SCDC

Sgt Perkins   BRCI
4444 Broad River Road
Columbia   SC   29221-1787

CO Lutz   BRCI
4444 Broad River Road
Columbia   SC   29221-1787

Lt. Gary MacFadden   BRCI
4444 Broad River Road
Columbia   SC   29221-1787

Lt. Melissa Solis   BRCI
4444 Broad River Road
Columbia   SC   29221-1787

Lt. Lemphey   BRCI
4444 Broad River Road
Columbia   SC   29221-1787

Lt. Banks Allen James   DTP
4444 Broad River Road
Columbia   SC   29221-1787

Lt. Delk   BRCI Cert team
4444 Broad River Road
Columbia   SC   29221-1787

Sgt. Adams   BRCI Cert team.
4444 Broad River Road
Columbia   SC   29221-1787

Classification Green   Mrs.
4444 Broad River Road
Columbia   SC   29221-1787

Classification Lady white   BRCI
UNKNOWN Form SCDC

Butler   Mrs. Classification BRCI
4444 Broad River Road
Columbia   SC   29221-1787

Harris Mrs. HLSMU Director
4444 Broad River Road
Columbia   SC   29221-1787

Blackwood Chidale
4444 Broad River Road
Columbia   SC   29221-1787

Lecompte Jessica Perry CI
4444 Broad River Road
Columbia   SC   29221-1787

LEGAL MAIL
MAIL ROOM

(See Attached "D" Pg)

OFC Carter BRCI
4444 Brand River Road
Columbia SC 29221-1787

Sgt. Collins BRCI
4444 Brand River Road
Columbia SC 29221-1787

~~OFC Bridges BRCI~~
~~4444 Brand River Road~~
~~Columbia SC 29221-1~~

OFC Bridges BRCI
UNKnown Formerly SCDC

MVS. King Mental health BRCI
4444 Brand River Road
Columbia SC 29221-1787

Nurse May BRCI
4444 Brand River Road
Columbia SC 29221-1787

Doctor Johnson MCCI
4444 Brand River Road
Columbia SC 29221-1787

Doctor O Chapman Stephina
4444 Brand River Road
Columbia SC 29221-1787

Hale Dave SCDC Headquarters
4444 Brand River Road
Columbia SC 29221-1787

MVS. Biorke Classifian MCCI
4444 Brand River Road
Columbia SC 29221-1787

Capt Sims Jessica
4444 Brand River Road
Columbia SC 29221-1787

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:          See Attached #B

Date(s) of occurrence:  July 9th 2024  to  Current Date(*)

State which of your federal constitutional or federal statutory rights have been violated:

See Attached #C

*State here briefly the FACTS that support your case. Describe how each defendant was
personally involved in the alleged wrongful actions, state whether you were physically injured as
a result of those actions, and if so, state your injury and what medical attention was provided to
you.*

FACTS:

SEE Attached #E

> What
> happened to
> you?

"Seconded Inclided "B""

Broad River Corr. Inst. Greenwood Dorm, A-side Room 1009 (Approx)
Broad River Secure facility Saluda Dorm A side Room's 143, 243,
126

Broad River Secure facility Congaree Dorm A Side Room 231

Mc Cormick Corr. Institution F-5 Dorm B Side Rooms 092, 011

(See Attached #C)

Petitioner Is Not An Attorney so Im Not sure of All of the Amendmts,
Also I am Dyslecic & have trouble Reading writing & spelling so I will
try to Get As close As I can to wut I mean.

8th Amendmt Cruel & Unsual Punishment

14th Amendmt Due Process  State created libity Intrest

5th Amendmt Right to counsel/Attorny

4th Amendmt  Access to the courts

1st Amendmt  Freedom of Speach/Meslieon Right to Practice

8th Amdmt  Medical Neglect

8th Amendmt  Denied mental health treatment

14th Amendmt  Denied menningfull Review

8th Amendmt  Assualted excessive use of force

8th Amendmt  Denied medical treatment

14th Amendmt  Contractial Violations ICC Agreemt

(See Attached "E")

On July 9th 2024 I was taken to Solitary confinement without A charge I was not Given A hearing In which to Present Evidence Nor could I Appeal If convicted... I was wrongfully Placed on Prolonged solitary confinement & Denied meaningfull Review, where I was held In conditions that made me overdose my self, hang my self, stop Drinking Water, I was Assaulted, I was starved, Denied medical treatment, I was Denied Mental health treatment I was Placed In full Restraints & Actually Assaulted while Defenseless, I was transferred to Another Institution, I was Denied Recreation, showers, Neglious Services, And family Phone calls, I was Denied Access to West Law During Deadlines In Court, I was Denied Access to the courts During Deadlines, I was Denied Access to Attorney, I was Denied Access to legal Property, I was threated, I was Antagened False Write ups Caused me months Away from my Kids Via Visits & Phone calls, I was Denied A mattress During sleepy hours, I was held In cells wit Bugs crawling over me, Harsh lighty Gave me headaches, my left elbow Ligiment Was torn, I was Denied medical Wit Abcest tooth swelling & bleedy, I was Placed In Restraints soo tight my Circulation was cut off & left Like this for over 4 hours In A holding cell Restrainted to A chair, I was Punched In the Back of the head while In Restraints, my Property Was stolen, I was Denied Personal Phone calls wit Privilidges, I was Denied Tablet Access Per Policy, I was made to wait over 1 year fur medical treatment, I was stressed out where I had A heart Attack, I was Kept In A cell 24/7 to the Point of suicide, I was Denied Crisis Intervention, mental health watched me hang my self, I Witness Inmates successfully Kill them self march 3rd 2025 In Salem At Broad River Correction Inst. I was Denied strucked out of cell time fur mental health treatment I was told over 30 Days on AP status & Denied the Right to be Protected from being Prolonged solitary confinent over 15 Dos Per Delaun D.O.C Ice confinent Accent.

LEGAL MAIL
MAIL ROOM

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

See Attached "F"

> Who did
> what?

(See Attached "F")

Joseph Canning came to my cell Door several times to threaten me, sometimes wit a 5 man team & keys to open my Door to Beat me up, called me Names stole my property, witheld my tablet & Inmate Roll Arcnd/wall Phone, so I could Not use my phone privildges, called me "Straight Bitch" to Get me to Catch a charge so he could Beat me up wit his 5 man team. He was Also Part of the Review Board who Kept me In prolonged solitary confindant Vilolaty the ICC compact terms, he has a Personal vendetta Against me In 2022 I was Beaten almost to Death By Lt. James Allen In full restraints & when I Got the chance I spit In Joseph Cannings Face & he vowed then If I ever returned to BRCI/BRSF he would make me pay for that. After I was Beaten & Kept In control cell for Months until counsel talked to General counsel (Sam Argel & J. Richany) Mrs. Green Presented False evidence at my hearg & made my review onlawfull & no longer meaningfull At the first Henry I was Allowed to Attend Mrs. Green said "June 17 2024 change Is why youre In prolonged solitary confinmt" Which I corrected her then I wasnt taken to RHU until July 9th 2024 this was witout Any charges, & I was held until Janurary 2025 which I was recomended for release to General Population, but I was held By SCDC Headgurtrs Including But Not Limited to. Bryan P. Striling, Joel Anderson, willie Davis, Stacy Richardson, Dennis Patterson, Ester Labrader, ect. I was Placed on RP status Awaiting Program Placemnt In HLBMU where I was held In RHU where Joseph Canning Continued to harrass & Injure me via him self & Dirivitives Given to staff "Can I call my Family" & they respend "Canning Says No" - & "Can I Got A shower" - & the Same No matter wen I Asked "Canning Says No" - & the the Responsible Authorties fron the chain of commad to SCDC Headqurters But In the End Joseph Canning was Allowed to torture me I was his slave & I Did Not Ent unless he said okay I was starved & lost 60 LEGAL MAIL Pounds Befre I was Assaulted & transfered to MCC I MAIL ROOM

( See Attached "F" ) 2

Joseph Canning stopped mail Room Personal from working IN RHU so
Some times my mail would come Back A Month Later By AN INmate
worker & Not Security, my mail was lost & witheld from me for
over A month, legal mail was lost IN & out, I was Denied
Access to the court, Law Library ect Every thing was "Canning"
Said NO" I Begged supervisers At Headquarters to Get INvolved
But they Ignored the Problems & I tried to Kill myself
& was Denied mental health treatment & CRISIS INvention.
"Canning Said you Cant Go ON CI"

I cant Remember every little thing this Man Did or Gave Directives
for others to Do to me But I wrote Most of It up IN
RTSM Slips "(Request to stafff member slips) & Letters to Judges
GBW or Crystil Rockurd ect.

Sgt Perkins Punched me IN the Back of the head while IN A
SOU tight & left me Like this IN the holdy cell for over
4 hours, my circulaton was cut off & I was Akwardly Postioned
IN the chair Bent forwards IN Pain IN the holdy cell.
Lt. Melissa Solise Sprayed me & my Room wit over 700
Grams of MK4 & MK9 knowing I have Breathly Problems
Before I was Placed IN Restraint chair IN holdy cell for
over 4 hours. I Am SMI Serialy mentally ill chassifcd
In Delware D.O.C. & I Am Dyslicot I have truoble expressy
my self IN writton & Ready Even verbal I talk IN circles
I Need A Voice or Lawyer to talk to to help me
Get out wms Im tryna Say.
Lt. DelK. sgt Adams, Capt Keith & mayer Hingloton

LEGAL MAIL
MAIL ROOM

(See Attachment "F") 3

Bent me to Hog-tied me In Restraints to where my legs could Not Reach the Ground, Punched me Kicked the Back of my Knees & Curved me outside Placed me on my Knees & Let Delk Repeatly made Sexual comments while sticky his fingers In my Mouth while I Was Defenless on the Ground then I Was thrown In the VAN & Buckled IN & Driven from BRCI to Mccomick CI. where I Passed out from the Pain Several times, Screamed In Agony with every turn or Bump to when we Arrived OFC Trimble & Sgt Jones Loosened my Restraints so I could walk inside the Prison, NUrse Moone, & Tumer Intially checked me & NUrse Durddett Did follow up weeks Later & Bruises were Still Visionle & Addressed By Doctor & Perserviled Atlustics cremm Due to loss of circulaton, feeling & over All Pain & Restruaton of movement.

mrs. Burke, John Plumer A/w terry, QMHP Wyutt (Kuelmen) eet were Apart of my Review & Determined to keep me on RP Status Awrty Plreum In HLBMU & Perserted this time than I "Was In Prolonged solvtry confinedunt Due to Charge on July 24, 2024" In which I corrected them I have No charges from July 2024 until Many of 2025 this Was Not A meanyful Review Due to False evidence, Doctines & Statmunts, when I Asked to Address the Fact I Was Assunlted Sexully & Physically By staff than will Be At HLBMU At BRCI & than Another Placemut Should Be Assigned I Was told to Go Back to my Cell & Mrs. Wynatt would talk to me Later Which Never happened Until I over-dosed my self on meds.

LEGAL MAIL
MAIL ROOM

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

See Attached "G

> Was anyone else involved?

(See Attached "6")

Several People were Involved, QMHP Halung Moore Allowed me to
Be Denied mental health Services, Group, Radio, ect.
Marcus thomas & Mrs. King watched me hang myself 4/07/25
when B/w Canning Returned Everybodys tablet, But mines, QMHP
thomas walked away from my Room D, I was hangy myself
Just like he Did March 3rd 2025 when Inmate Successfully
Killed him self Across from me In Same Bulding. & Mrs King
had the Nerve to Discuss Susicide In Per mental health
Group & Laughed when I hit the Ground (Rope Broke)
OFC Carter & Sgt Collins stole my tablet out of my
Room when I went to talk to QMHP thomus an
March 4th 2025 Dave watchy Inmuce Kill hinself the
Day Before.

Basicly EveryBody I Nurued Either Retalluted uncle the
Directive of Joseph Canning or thy were supervisors
I Cried for help to who Ignored my cenditions.
I was held In lock up wir No charges fam July 2024
Until May 2025, Violating ICC compact Article 4
Seaton's E thru H.

I Dont Know excantly wm to write soo much hoppend
I Need my Pupr-work thats Bey Kypt fam me to
Explan my case. & my life Is In Dnyer Leve
At S. Curolinn D.O.C.

LEGAL MAIL
MAIL ROOM

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?        ☑ Yes        ☐ No

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☑ No
    If no, explain why not:

I have Exhausted SCDC's Grievance Procedure But When I Reached out to Delaware Burrow of Prisions Requesting Delware Grievance forms I was Denied twice.

Is the grievance process completed?        ☑ Yes        ☑ No
    If no, explain why not:

In SCDC I have exhausted Step 1 Step 2 & Administrative Law court Docket No. 25-ALJ-04-0810-AP But Again I've Reached out to Delware Several times to No Avail.

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am seeking Monetary Compensation, Pain & Suffering As well As Future medical Care & Reimbursment for legal Fees & materials, medical co pays, As well As wages earned from working Jobs, Replacement of stolen Property or Destroyed By Defendants As well As heart felt Apologies & Lastly transfered out of the Care of SCDC & returned to Delware

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☑ Yes    ☐ No

If yes, how many?     ONE

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Pressly V. Powell   excessive use of force.
Dismissed Due to Not Doing Coviriave
propoly. D Not Bey Allowed An Attorny
Due to mental health status

Page **9** of **10**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

### IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

07 / 05 / 2025
Dated

Plaintiff's Signature

Powell Derrick Joseph
Printed Name (Last, First, MI)

650348 Del / 377461 SCDC
Prison Identification #

386 Redemption Way    McCormick        SC        29899
Prison Address              City              State      Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**