In the United States District Court
For the District of Delaware

Derrick Powell #377461
    Petitioner

v.

Terra Taylor et. al.
    Respondents

C.A. No: 1:25-875-GBW

FILED
NOV 03 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Gregory B. Williams

Amended Complaint; Statement of Claim

**Violations**

Mr. Powell is alledging 5th Amendment Violation Due Process; 8th Amendment Cruel & Unusually Punishment; 14th Amendment Due Process; equal Protection; As well As 11 Del. C. §6571 Art. 4 (e)(F)(H); 11 Del. C. §6571 Art. 3(2); (DTI) Art 4(e) Inhumane treatment; Art 4(f) hearing Conducted without meaningfull Review & Due Process; Art 4(H) Deprived of Rights, As Privileged Status of Delaware Inmate; Art 3(2) Not Paid Wages for Inmate Jobs; excessive use of force 5th Amendment Violation; False Imprisonment; Denial of Mental Health treatment; Malpractice.

**Injuries:** Left Elbow; Left & Right Wrist; Left Fingers; loss of weight (60 lbs); Loss of Relationship wit Family; emtional stress; Heart Attack; Neck Injuries; Ingestive Problems; Pscyhological Distress; Lost of Movement/Mobility; Vitimin D-Difficency; Muscle Athorpy; Carpal tunnel; Arthritis; Migrane headaches; Breathy Problems; Vision Issue Partial Blindness; Loss of Property.

**Statement of claim**

1. Approx May 6th 2025 Mr. Powell was excessivly sprayed wit chemical munitions MK9 Fire Extinguisher Size Cannisters several times in his small Cell through the window under the Door & through a Hole in the wall several times By Lt. Melissa Solice & other staff violating federal Laws under 8th Amendment As well As Disregarding & Ingnoring Safety Protocalls & Polley OP-22.01 which states on unplanned use of force MK4 is only size Cannister supposed to be used & only small Burst wit several minutes Inbetween & Directives to Be Peacefully Restrained before more chechmical muturtiens would Be used. Mr Powell was sprayed at least 7 times mayBe more from several Different Directions Simultanuously without Directives or 3 to 5 minutes Inbetween Burst. Petitioner could not Breath soo much Gas was used Excessivly to Ingrore him, then Lt. Ward Peacefully Restrained Mr. Powell after he was taken to medical to Be Decontiminated But Lt. Solice would Not Allow Nurse Thompson to wash out Mr. Powells eyes he was taken to a holdy Cell & Placed in a Restraint chair where Sgt. Perkins Assaulted Mr. Powell By Punching him in the Back of his head & Body

1

cc 2 of 5 DJI
Case 1:25-cv-00875-GBW   Document 63   Filed 11/03/25   Page 2 of 5 PageID #: 347
Powell Docket No 1:25 875-GBW

An extra pair of handcuffs to Mr. Powells wrist soo tight that his circulation was cut off & his hands turned purple, Mr. Powell Begged Nurse Thompson to help him But she told him Police wont let her treat him, Mr. Powell was left in this holding cell for over 4 hours At An Akward Position Bent over & chained with his Arms Behind his Back Bent up to his head hurting his Arms & Shoulder & Elbows, Before Being Returned to his cell Lt. Salice was Antagonizing Mr. Powell threatning to hurt & Injure him Further then Mr. Powell was Placed Into A Cell In Salude 143 A metal Cell Without A Mattress & was Not fed Any meals or Given Any clothes or medication.

2. Approx May 8th 2025 After Being made to sleep without A mattress for several Days & starved of All meals & Deprived of medication, Mr. Powell was taken to A holding Cell to Be transfered where he was Assaulted Again this time By Major Duwayne Hingle Lt. Sgt. Adams, Lt. Delk; C.O Carter, Mr. Powell was swarrmed Punched Kicked & Placed In Hogtied Hard Restraints where his legs could not work so he was slammed Around the Room Kicked & Punched & then Drug Down the Hallway & thrown to his Knees In front of the D.O.C. Van where Lt. Delk stuck his Gloved fingers Into Mr. Powell mouth Repeatly making Sexual Comments (that will Not Be Repeated) Mr. Powell was Defensless & couldnt stop this Sexual Assault & Degradation. to humiliate Mr. Powell for the staffs Sexual Gradification, Mr. Powells Restraints were soo tight that he would Scream out In Pain wit every turn or Bump, MCCI transport officer C.O Tremeble & Sgt. Jones were witthnesses to this Intire Assault & Asked Mr. Powell "what was All that About why Did they Do All that to you" & "were tryin Get you there As fast As we can" At some Point Mr. Powell Passed out from the Pain several times Before Mr. Tremble Loosened the Restraints & fixed the chains so Mr. Powell could walk Into the RHU At MCCI.

3. Approx July 9th 2024 Mr. Powell was Falsely Imprisoned & Subjected to Prolonged Solitary confinement witout A charged, Denied meaningful Review where If convicted Mr. Powell could of Appealle his Placment. Mr. Powell was Brought to RHU on An Emergency Case Scenerio Due to A Protective Custody Inmate Antineuro Wakefeild told Childale Blackwood that he feared for his life that if Mr. Powell would stab him for what he commented About his Family & Chidale Blackwood Ignored Safty Protocalls & Policy to Sent Mr. Powell to Solity Confindment witout A charge Instead of Sending Mr. Wakefeild Back to Protective Costody. All Mr. Powells Injuries & claims would not of happend If Mr. Powell was Not subjected to Atypical & significante hardships By Being Placed In RHU without Due Process via meaningful Review of hearng.

4. Approx October 2025 Mr. Powell was Denied meaningful Review By Joseph Canning & Ms. Shoemaker who Informed Mr. Powell that he was Not Allowed to Attend his SD (Security Detention)

2

Board Review this month Due to him Not wanting to come out for A shakedown where staff were confiscating Inmates Mental Health Radios, Mr. Powell Recieved A Paper Regarding his Review Decision which SCDC were stating he was on SD for A charge he caught In June 17th 2024 to which Mr. Powell Grieved Due to the fact that Said charge warranted No Solitary confinement time & Mr. Powell was Not transfered to RHU until A month Later In July 9th 2024 & had Nothing to Do with June charge. Due to false Statements, False Evidence Presented Mr. Powells SO Board Does Not Meet the Burden of A Meaningful Review, to which Mr. Powell was Denied his Rights to Attend As well As 11 Del. C. § 6571 Art 4 (J) hearing held where Final Decision was made By SCDC Instead of Approval Authority of Delaware where SCDC were soley to Not As Agent, of the State of Delaware & Not to make final Determination. Late In January 2025 (Approx) Mr. Powell was Allowed to Attend his Final SD Board Review where Ms. Green, B/W Chest Nut & QMHP Hilary Moore Presented his Case. Ms. Green Issued False Statement Stating "Inmate Powell was Brought to RHU & Placed on SD For his Charge on July 9th 2024" to which Mr. Powell Corrected Ms. Green Informing her that there Is No Such charge In the computer System for July 9th 2024 & She Stated "Thats what Central Class Stacy Richardson has for me to Present" Mr. Powell Grieved this Due to False Statement & False Evidence Presented (DTP) makes his Review unlawfull & Does Not Constitute A Meaningfull Review.

5. Mr. Powell was taken out of All Mental Health treatment & Deprived out of Cell structured time By Directive of Joseph Canning. Mr. Powell was Stuck In his Cell Beg Denied out Door Recreation & Showers Per Directive of Joseph Canning for Refusing to Allow Confiscation of Mr. Powells Mental Health Radio After Staff Stole his Inmate tablet off the Charger Station Approx November 2024 Mr. Powell had All his Priviledges But was Denied tablet telephone App & Inmate Mail & Roll Around Phone Acess Causing him extreme Stress under Directives from Joseph Canning where Mr. Powell Reached out to SCDC Headquarters Nurse S. Harris will wittness that Mr. Powell was Attempting Suscide & had Been kept In A Small Room Denied everythg even his earned Phone Priviledges During his Kids Birthday to which Mr. Powell Overdosed himself the first time when QMHP Hilary Moore Denied him Crisis Intervention Per Directive of Joseph Canning. Mr. Powell was Denied Medical Attention Per Directive from Joseph Canning Nurses View A River of Vomit Beside Mr. Powells Bed Going towards his Bed & Mr. Powell was Unable to Get out of Bed So he was Denied Meals for 3 Days Inmate Jeron Cook #337103 was wittness to this Beg housed In Room Next Door who Got to eat Several of Mr. Powells trays when he was In A Drug Induced State where he could Not Get out of Bed Vomitty. QMHP Hilary Moore Came to Mr. Powells Cell Door twice this Month Due to Mr. Powells Complaints to Nurse S. Harris At SCDC Headquarters Complaning of Susicidal Ideations. Approx November 2024 Mr. Powell was Assaulted to where his Radio was confiscated By Staff During his Drug Induced State he Does Not know which Staff entered his Room & took his Radio then he Did Not want to lose. Mr. Powell was Moved to Another Room Approx (DTP) Downstairs to 12C Later. to which Mr. Powell was Again Assaulted By Directive of Joseph Canning.

3

6. Approx March 3rd 2025 Mr. Powell had Been waiting to Be Released from Prolonged solitary confindment After several times Requesty Mental health treatment Due to Incidents where staff on Directive of Joseph Cunning would Antagonize Mr. Powell & Make him susicidal Mr. Powell had Co test (DJP) Lutz & Lt. Lempkey send Emails to Dr. Stephanie Scews Informing her that Mr. Powell Is Beg treated unfairly & It Is making him try to Kill himself & Mental health Is Not Doing Anythy & Joseph Cunning Gave him Directives Not to Allow Mr. Powell to Go on Crisis even though Mr. Powell Is overdosing himself & hanging himself. But on March 3 2025 Mr. Powell wittnessed A successfull suciside off Inmate In Saluda Room #146 At Broad River C I Mr. Powell wrote Nurse S. Harris complaing of this Beg the 3rd successfull suciside In Saluda Dorm than Mr. Powell had wittnessed & It was making him feel Like Killing himself Again while he Is Beg illegally held IN Prolonged solitary confindement After he was Recommended for Release IN January 2025 to which Mr. Powell was Denied Mental health treatment & Not Allowed to use his Phone Prividyes to call his Family Per Directives of Joseph Cunning.

7. Approx April 7 & April 8th Mr. Powell told security he was susicidal & QMHP M. Thomas came while Mr. Powell was standy on his legal Box hungy him self & M. thomas walked Away. Ms. King was conducty Mental health strolled Coupe Right IN front of Mr. Powells cell & Wretched him hung until the Rope Broke & Mr. Powell Dropped to the Floor & she Not only Laughed But Decided to Discuss Susicide IN here Coupe Instead of contacty security or medical, Ms. King & Mr. thomas Ignored Safety Protocalls, & Practices Placy Mr. Powells Life IN Danger Creating Atypical & Significant hardship Deny Mr. Powell Mental health treatment Per Policy OP-22.38 to which Mr. Powell had A Heart Attack & was hospitalized IN Richland hospital when QMHP Haley Moore Informed Mr. Powell than SCDC Headquarters Sent Joseph Cunning An Email Directy him to Return All Inmate tablets than illegally seziced without Due Process Mr. Cunning Returned everybodys tablets except Mr. Powell & the stress Gave him A Heart Attack

8. OFC Jennifer Meyers stole Mr. Powells Property & even Admitted that he had Nothy left so she filled out A false Document Property slip & Gave It to Mr. Powell so when he Grieved It he could Get Items she marked on the List on the yellow sheet (See Exhibit B)

9. Approx March/April 2025 Mr. Powell's outgoing legal Mail to this court along with other mail was returned to him by an Inmate worker after being held by the staff over a 3 week (DJP) period. Mail Mr. Powell tried to send to this court on Dates including but not limited to March 29, March 30 up to April 16th was returned by an Inmate worker Eric (No last Name) wit no security or mental health escorting him. Mr. Powell informed the Post Master General David Stewer Later on & (DJP) Mr. Powell received photo copies of letters that was witheld that was written by Mr. Powells funds & Family Approx June 2025 Mr. Powell received these letters After Post Master General Contacted BRCI the letters In Question were Date stamped Received by the Prison in March 2025 to which Joseph Cunning Did Not Allow Mail Room Russell to enter RHU so he had Security he Assigned to tamper wit Mr. Powell's Ingery & out Going mail Mrs. Robinson is a wittness to this.

10. Mr. Powell Informed SCDC Headquarters Administrator of misconduct of Joseph Cunning so his supervisors Joel Anderson, Willie Davis, ect than Mr. Powell Named were Put on Notice & showed a Deliberate indifference towards Mr. Powells Beg Injured so they are liable in a Supervisory compsitiey

11. Nurses Allowed Mr. Powell to be Injured & Denied sick call Due to Directive of Joseph Cunny Amounty to Malpractice Due to Mr. Powell Portry them on Notice & showy a Deliberate Indifference.

Oct. 24 2025
Pelzer SC 29669

Respectfully Submitted
/s/ Derrick Powell
Derrick Powell